UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CAROLYN DAVIS,

    Plaintiff,

v.                                            Case No: 6:18-cv-695-Orl-40DCI

CEO RECRUITING, INC.,

    Defendant.
_____/

## ORDER

This cause is before the Court on Defendant's Defendant, CEO Recruiting, Inc.'s Motion to Dismiss or, in the Alternative, Motion to Transfer Venue to the United States District Court for the Western District of North Carolina (Doc. 18) filed on July 17, 2018. The United States Magistrate Judge has submitted a report recommending that the motion be denied.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed September 28, 2018 (Doc. 25), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Defendant, CEO Recruiting, Inc.'s Motion to Dismiss or, in the Alternative, Motion to Transfer Venue to the United States District Court for the Western District of North Carolina (Doc. 18) is **DENIED**.

**DONE AND ORDERED** in Orlando, Florida on October 15, 2018.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties